UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER M.M., O.B.O. G.A.F.,

                          Plaintiff,

                -against-

COMMISSIONER OF SOCIAL SECURITY.,

                          Defendant.

25 CIVIL 3390 (GRJ)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Decision and Order dated May 15, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 11) is DENIED and this case is DISMISSED; accordingly, the case is closed.

**Dated:**   New York, New York
            May 18, 2026

                                    TAMMI M. HELLWIG
                                    **Clerk of Court**

BY:

                                    **Deputy Clerk**