UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

JENNIFER M.M., o.b.o. G.A.F.,

Plaintiff,

ORDER
1:25-cv-03390-GRJ

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

In November of 2019, Plaintiff Jennifer M.M.[1] applied for Child Supplemental Security Income benefits under the Social Security Act on behalf of her son, G.A.F. ("Claimant"). Because this case was brought by a parent on behalf of her child the case should have been captioned as "Jennifer M.M., o.b.o. G.A.F." The Clerk of Court is directed to amend the caption of this case to conform with the caption above.

Dated: July 9, 2026

s/ Gary R. Jones
GARY R. JONES
United States Magistrate Judge

[1] The names of Plaintiff and Claimant have been partially redacted in compliance with Federal Rule of Civil Procedure 5.2 (c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.